1    KAREN P. HEWITT
     United States Attorney
2    CHARLOTTE E. KAISER
     Assistant United States Attorney
3    California State Bar No. Pending
     United States Attorney's Office
4    Federal Office Building
     880 Front Street, Room 6293
5    San Diego, California 92101
     Telephone: (619) 557-7031
6
     Attorneys for Plaintiff
7    UNITED STATES OF AMERICA

8

9                    UNITED STATES DISTRICT COURT

10                SOUTHERN DISTRICT OF CALIFORNIA       08 CR 2156 1EG

11   UNITED STATES OF AMERICA,          )    Magistrate Case No. 08MJ1824
                                        )
12                    Plaintiff,        )
                                        )    **STIPULATION OF FACT AND JOINT**
13            v.                        )    **MOTION FOR RELEASE OF**
                                        )    **MATERIAL WITNESS(ES) AND**
14   CARLOS NAVARRO-BRAM,               )    **ORDER THEREON**
      aka Francisco Navarro-Manriquez,  )
15                                      )
                      Defendant.        )    **(Pre-Indictment Fast-Track Program)**
16   _____     )

17        **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

18   OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Charlotte

19   E. Kaiser, Assistant United States Attorney, and defendant CARLOS NAVARRO-BRAM, aka

20   Francisco Navarro-Manriquez, by and through and with the advice and consent of defense counsel,

21   Joan Kerry Bader, that:

22        1.    Defendant agrees to execute this stipulation on or before the first preliminary hearing

23   date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

24   intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

25   guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

26   of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C.

27   § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.

28   //

     CEK:jam:6/17/08

2.     Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government not later than five business days before the disposition date set by the Court.

3.     Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before **July 14, 2008.**

4.     The material witness, Gabriela Felix-Sicairos, in this case:

a.     Is an alien with no lawful right to enter or remain in the United States;

b.     Entered or attempted to enter the United States illegally on or about June 10, 2008;

c.     Was found in a vehicle driven by defendant at the Otay Mesa, California Port of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that she was an alien with no lawful right to enter or remain in the United States;

d.     Was having others pay on her behalf an unknown amount of money to others to be brought into the United States illegally and/or transported illegally to her destination therein; and,

e.     May be released and remanded immediately to the Department of Homeland Security for return to her country of origin.

5.     After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

a.     The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

b.     The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es); and,

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Carlos Navarro-Bram                    2                              08MJ1824

1            c.     Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

2    "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

3    and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

4    waives the right to confront and cross-examine the material witness(es) in this case.

5            6.     By signing this stipulation and joint motion, defendant certifies that defendant has

6    read it (or that it has been read to defendant in defendant's native language).  Defendant certifies

7    further that defendant has discussed the terms of this stipulation and joint motion with defense

8    counsel and fully understands its meaning and effect.

9            Based on the foregoing, the parties jointly move the stipulation into evidence and for the

10   immediate release and remand of the above-named material witness(es) to the Department of

11   Homeland Security for return to her country of origin.

12           It is STIPULATED AND AGREED this date.

13                           Respectfully submitted,

14                           KAREN P. HEWITT
                          United States Attorney

15

16   Dated: 6/26/08 .

17                           CHARLOTTE E. KAISER
                          Assistant United States Attorney

18   Dated: 6-26-08

19                           JOAN KERRY BADER
                        Defense Counsel for Carlos Navarro-Bram

20

21   Dated: 6/18/2008

22                           CARLOS NAVARRO-BRAM
                        Defendant

23

24

25

26

27

28   Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Carlos Navarro-Bram       3            08MJ1824

1

# O R D E R

2   Upon joint application and motion of the parties, and for good cause shown,

3   **THE STIPULATION** is admitted into evidence, and,

4   **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5   forthwith to the Department of Homeland Security for return to her country of origin.

6   **SO ORDERED.**

7

8   Dated: 6/26/2008 .

United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Carlos Navarro-Bram                4                08MJ1824